BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**MDL - 2627**

SCHEDULE OF ACTIONS

Pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs, Kerry Constantine, et al., provides the following Schedule of Actions:

|   | **Complete Name** | **Civil Action No.** | **District and Division** | **Judge Assigned** |
|---|---|---|---|---|
| 1. | SHELLY CONTE, MARK REYES, DANIEL TACKTILL, on behalf of themselves, all others similarly situated and the general public, <br><br>Plaintiffs, <br><br>v. <br><br>LUMBER LIQUIDATORS, INC., a Delaware Corporation; LUMBER LIQUIDATORS HOLDINGS, INC., a Delaware Corporation, <br><br>Defendants. | 3:15-cv-01012-JST | United States District Court for the Northern District of California, San Francisco Division | Hon. Judge Jon S. Tigar |

| | | | | |
|---|---|---|---|---|
| 2. | JOSEPH MICHAEL BALERO, MICHAEL BALLERINI, AND LISA MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation, and DOES ONE through TEN inclusive,<br><br>Defendants. | 4:15-cv-01005-EMC | United States District Court for the Northern District of California, Oakland Division | Hon. Magistrate Judge Edward M. Chen |
| 3. | JOAQUIN F. BADIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC., a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC.; a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation,<br><br>Defendants. | 1:15-cv-20876-RNS | United States District Court for the Southern District of Florida, Miami Division | Hon. Judge Robert N. Scola, Jr. |

| 4. | MICHAEL CAIOLA, Individually and on Behalf of all others Similarly Situated, **Plaintiff,** v. LUMBER LIQUIDATORS, INC., a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC.; a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation, **Defendants.** | 4:15-cv-00037-BR | United States District Court for the Eastern District of North Carolina, Eastern Division | Hon. Judge W. Earl Britt |
| --- | --- | --- | --- | --- |
| 5. | SARAH BLOOMFIELD, Individually and on behalf of all others similarly situated, **Plaintiff,** v. LUMBER LIQUIDATORS, INC., a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC.; a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation, **Defendants.** | 1:15-cv-01956 | United States District Court for the Northern District of Illinois, Eastern Division | Hon. Judge Sharon Johnson Coleman |

| 6. | HARVEY HURD and MELINDA HURD, husband and wife, on behalf of themselves and all others similarly situated, Plaintiffs, v. LUMBER LIQUIDATORS, INC., a Delaware Corporation, Defendant. | 5:15-cv-00424-JGB-SP | United States District Court for the Central District of California, Eastern Division | Hon. Judge Jesus G. Bernal |
| --- | --- | --- | --- | --- |
| 7. | JOHN TYRRELL and TRACIELINN TYRRELL, husband and wife, on behalf of themselves and all others similarly situated, Plaintiffs, v. LUMBER LIQUIDATORS, INC., a Delaware corporation, Defendant. | 2:15-cv-01615-JFW-PLA | United States District Court for the Central District of California, Western Division | Hon. Judge John F. Walter |

| 8. | RICKIE MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1. LUMBER LIQUIDATORS, INC. a Delaware corporation,<br>2. LUMBER LIQUIDATORS LEASING, LLC, a Delaware limited liability corporation,<br>3. LUMBER LIQUIDATORS HOLDING, INC., a Delaware corporation, and<br>4. LUMBER LIQUIDATORS SERVICES, LLC, a Delaware limited liability corporation,<br><br>Defendants. | 5:15-cv-00233-C | United States District Court for the Western District of Oklahoma | Hon. Judge Robin J. Cauthron |

| 9. | KERRY CONSTATINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC. a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC., a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC,; a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation,<br><br>Defendants. | 4:15-cv-00130-RH-CAS | United States District Court for the Northern District of Florida, Tallahassee Division | Hon. Judge Robert L. Hinkle |
| --- | --- | --- | --- | --- |
| 10. | RUSSELL EZOVSKI, DEVONNE BOWLING, and ROBERT SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC., LUMBER LIQUIDATORS HOLDINGS, INC, LUMBER LIQUIDATORS LEASING, LLC., LUMBER LIQUIDATORS SERVICES, LLC,<br><br>Defendants. | 4:15-cv-01074-PSG | United States District Court for the Northern District of California, San Francisco Division | Hon. Magistrate Judge Paul Singh Grewal |

| 11. | MERI PINELLI, individually and on behalf of all others similarly situated, Plaintiff, vs. LUMBER LIQUIDATORS, INC., Defendant. | 2:15-cv-780 | United States District Court for the Eastern District of Louisiana | Hon. Jude Jane Triche Milazzo |