BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: LUMBER LIQUIDATORS FLOORING | : | MDL NO. 2627 |
| PRODUCTS MARKETING & SALES | : | |
| PRACTICES LITIGATION | : | |

**RESPONSE TO MOTION TO TRANSFER AND CONSOLIDATE
PURSUANT TO 28 U.S.C. § 1407**

Daniel E. Becnel, Jr.
Becnel Law Firm
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084
Telephone: 985.536.1186
Fax: 985.536.6445

Counsel for Meri Pinelli et al. v. Lumber Liquidators, Inc., Civil Action No. 2:15-cv-780 Filed 3/10/2015, United States District Court for the Eastern District of Louisiana, Jude Jane Triche Milazzo

      Now into Court, through undersigned counsel, comes the plaintiff in the case entitled Meri Pinelli v. Lumber Liquidators, Inc., Civil Action No. 2:15-cv-780, U.S.D.C. for the Eastern District of Louisiana, who, moves the Judicial Panel for Multidistrict Litigation (the "Panel") for an Order pursuant to 28 U.S.C. §1407, to transfer and consolidate the cases filed before this Court to the Eastern District of Louisiana and Judge Jane Triche Milazzo.

      Plaintiff prays that the Panel transfer and consolidate the attached cases referenced actions to a single district for coordinated and/or consolidated pre-trial proceedings. Movant is a consumer who has purchased laminated flooring from defendant.

The transfer and consolidation of these suits is appropriate to the Eastern District of Louisiana before Honorable Judge Jane Triche Milazzo .

For the above reasons, Plaintiff asks that this matter be consolidated in the Middle District of Louisiana or alternatively, the Eastern District of Louisiana.

March 12, 2015                              Respectfully Submitted

**Becnel Law Firm, LLC**
By: /s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.(2926)
P.O. Drawer H
Reserve, LA 70084
Telephone: 985.536.1186
Facsimile: 985.536.6446
dbecnel@becnellaw.com

Counsel for Plaintiff, Meri Pinelli